### In re JAREMA'S ESTATE.

#### (Surrogate's Court, New York County. June 12, 1912.)

EXECUTORS AND ADMINISTRATORS (§ 24*)—RIGHT TO ADMINISTER ESTATE—FOREIGN CONSULS.

    The most favored nation clause of the treaty with Austria-Hungary of July 11, 1870 (17 Stat. 831, art. 15), gives a consul of that nation right to administer on the estate of a subject thereof dying intestate in the United States.

    [Ed. Note.—For other cases, see Executors and Administrators, Cent. Dig. §§ 132–140; Dec. Dig. § 24.*]

In the matter of the estate of Harry Jarema, deceased. Heard on question of right to administer.

Jacob Hillquit, of New York City, for petitioner.

Arpad A. Kremer, of New York City, for Austro-Hungarian consulate.

FOWLER, S. Article 15 of the treaty of 1870 between the United States and Austria-Hungary (17 Stat. 831) gives to their consuls general, consuls, and other consular officers mentioned therein the same prerogatives and privileges granted to functionaries of the same class of the most favored nation. This entitles consuls and consular officers of Austria to letters of administration on the estate of a decedent who was a subject of Austria-Hungary and who died intestate in this country. See Estate of Vincenzo Baglieri, 137 N. Y. Supp. 175.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes